IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| BASF Coatings S.p.A. (formerly SALCHI S.p.A.), | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 6:05-02299-HFF |
| vs. | ) ) | **CONSENT ORDER OF DISMISSAL** |
| Axon Products, Inc., Crown Metro, Inc., Crown Metro Chemicals, Inc., Ivan Block, Carlos Rhys, Sasha Block, Marlies Block, Thomas Winnubst, Larry McKinney, Jose Lopez, and J. Edward Brannfors, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

It appearing unto the Court that the above-entitled action has now been settled,

NOW, THEREFORE, upon motion of James L. Rogers, Jr. of Leatherwood Walker Todd & Mann, P.C., Attorneys for Plaintiff, with the consent of Knox L. Haynsworth, III of Brown, Massey, Evans, McLeod, & Haynsworth, LLC, Attorneys for the Defendants,

IT IS ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff and the counter-claims of the Defendants in the above-entitled action be, and they are hereby, dismissed <u>with prejudice</u>.

**IT IS SO ORDERED.**

This 21st day of November in Greenville, South Carolina.

**s/Henry F. Floyd**
HON. HENRY F. FLOYD
U.S. DISTRICT COURT JUDGE

s/James L. Rogers, Jr.

James L. Rogers, Jr. (Fed. ID #3906)
S. Brooke Chapman (Fed. ID #9424)
Leatherwood Walker Todd & Mann, P.C.
300 East McBee Avenue, Suite 500
Post Office Box 87
Greenville, SC 29602
(864) 242-6440
(864) 240-2477 (fax)
Attorneys for Plaintiff


          s/Knox L. Haynsworth
Knox L. Haynsworth, III (Fed. ID#2147)
Brown, Massey, Evans, McLeod & Haynsworth, LLC
106 Williams Street
Greenville, SC 29601
Attorneys for Defendants